# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**            **NO. 4:11MJ6006-02-BD**

**GARY DON DODSON**            **DEFENDANT**

## ORDER OF DETENTION

On March 25, 2011, Defendant Gary Don Dodson appeared before the Court with counsel for a bond hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). Both the Defendant and the United States of America presented witnesses and exhibits.

After considering the evidence, the Court concluded that the United States had carried its burden of proving, by clear and convincing evidence, that Mr. Dodson presents an unreasonable risk of danger to the community due to the nature of the alleged offenses and the Defendant's probable affiliation with groups advocating violence against large segments of the American population. No set of release conditions could be imposed to reasonably assure their safety.

Accordingly, Mr. Dodson is remanded to the custody of the United States Marshal for detention pending trial. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.

On order of the United States District Court or at the request of an attorney for the United States, the person in charge of the correction facility must deliver the Defendant to the United States Marshal for court appearances.

IT IS SO ORDERED this 28th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE