**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

April 22, 2011

Mr. Steven Ray Davis
Attorney at Law
Post Office Box 1801
North Little Rock, AR 72115-1801

RE: USA v Gary Dodson
    4:11CR00062-02-BRW

Dear Mr. Davis:

In connection with your motion for Amendment of the Order of Detention, I have received and read a copy of the transcript of the detention hearing held before Magistrate Judge Beth Deere on March 25, 2011. I believe the law allows me to decide the motion based on the transcript of the hearing before the magistrate.

Do you have any significant additional evidence that you wish to present in support of your motion? If not, I anticipate making a decision based on the transcript.

Please give me your answer by noon next Tuesday, April 26, 2011.

                                        Cordially,

                                        /s/Bill Wilson

cc:   Ms. Jane Duke
      Mr. John Ray White
      Mr. Henry Leventis
      Mr. James W. McCormack, Clerk of the Court